STATE OF CALIFORNIA - STATE AND CONSUMER SERVICES AGENCY                                     ARNOLD SCHWARZENEGGER, Governor

**DEPARTMENT OF FAIR EMPLOYMENT & HOUSING**
2000 "O" Street, Suite 120, Sacramento, CA 95814
(916) 445-5523 TTY (800) 700-2320 Fax (916) 323-6092
www.dfeh.ca.gov



February 13, 2008

PHILIP W. GANONG/RALPH WM. WYATT
ATTORNEY AT LAW
GANONG & WYATT, LLP
1712 19TH STREET, #101
BAKERSFIELD, CA 93301

RE:   E200708E1110-00-pc
      GLOW/UNON PACIFIC RAILROAD COMPANY

Dear PHILIP W. GANONG/RALPH WM. WYATT:

### NOTICE OF CASE CLOSURE

This letter informs that the above-referenced complaint that was filed with the Department of Fair Employment and Housing (DFEH) has been closed effective February 5, 2008 because an immediate right-to-sue notice was requested. DFEH will take no further action on the complaint.

This letter is also the Right-To-Sue Notice. According to Government Code section 12965, subdivision (b), a civil action may be brought under the provisions of the Fair Employment and Housing Act against the person, employer, labor organization or employment agency named in the above-referenced complaint. The civil action must be filed within one year from the date of this letter.

If a federal notice of Right-To-Sue is wanted, the U.S. Equal Employment Opportunity Commission (EEOC) must be visited to file a complaint within 30 days of receipt of this DFEH *Notice of Case Closure* or within 300 days of the alleged discriminatory act, whichever is earlier.

**EXHIBIT 1**