1  GANONG & WYATT, LLP
   PHILLIP W. GANONG, State Bar No. 88414
2  RALPH WM. WYATT, State Bar No. 63247
   P. O. Box 192
3  Bakersfield, CA 93302
   Telephone:    (661) 327-3337
4  Facsimile:    (661) 327-3395

5  Attorneys for Plaintiff DAVID CHAD GLOW

6

   RANDOLPH, CREGGER & CHALFANT LLP
7  THOMAS A. CREGGER, State Bar No. 124402
   STEPHANIE L. QUINN, State Bar No. 216655
8  1030 G Street
   Sacramento, California 95814
9  Telephone:  (916) 443-4443
   Facsimile:    (916) 443-2124
10
   Attorneys for Defendant/Counter-Defendant
11 UNION PACIFIC RAILROAD COMPANY

12                 UNITED STATES DISTRICT COURT

13                 EASTERN DISTRICT OF CALIFORNIA

14

15 DAVID CHAD GLOW,                              No. 2:08cv01250 LKK EFB

16         Plaintiff,

17     vs.

18 UNION PACIFIC RAILROAD COMPANY and
   DOES 1 through 20, Inclusive,
19
           Defendants.
20 _____/
                                                 No. 2:08cv1332 LKK DAD
21 DAVID CHAD GLOW,

22         Plaintiff,                            **STIPULATION FOR
                                                 CONSOLIDATION OF
23     vs.                                       RELATED ACTIONS AND
                                                 ORDER THEREON**
24 UNION PACIFIC RAILROAD COMPANY, et al.,

25         Defendants.
   _____/
26

---

1
STIPULATION FOR CONSOLIDATION OF RELATED ACTIONS AND ORDER THEREON

**Randolph Cregger & Chalfant**

1. Plaintiff has brought action No. 2:08-cv-01250 LKK EFB (Case No. 1250) against Union Pacific Railroad Company (UPRR) asserting claims under the FELA and ADA arising from an alleged work place injury in September 2007 and accommodation requests prior to and thereafter.

2. At the time Case No. 1250 was filed, Plaintiff had an action in the Northern District under the FELA against UPRR arising from a 2001 incident. Both Case No. 1250 and the Northern District action allege injuries to the cervical spine. At the request of the parties, the Northern District transferred its case to the Eastern District. The transferred case is identified as No. 2:08-cv-1332 LKK DAD (Case No. 1332).

3. As both actions involve alleged injury to the cervical spine, both are work related and Plaintiff's condition, as of the date of the September 2007 incident, will likely be an issue in Case No. 1250, the parties request and stipulate to the consolidation of Case Nos. 1250 and 1332 for all purposes, pursuant to FRCP 42(a).

Dated:  6/25/08                           RANDOLPH CREGGER & CHALFANT LLP


                                          /s/
                                          THOMAS A. CREGGER
                                          Attorneys for Defendant UNION PACIFIC RAILROAD COMPANY


Dated:  6/23/08                           GANONG & WYATT, LLP


                                          /s/
                                          PHILIP W. GANONG/RALPH WM. WYATT
                                          Attorneys for Plaintiff DAVID CHAD GLOW

///

///

**Randolph Cregger & Chalfant**

2
STIPULATION FOR CONSOLIDATION OF RELATED ACTIONS AND ORDER THEREON

1 **ORDER**

2     Good cause appearing, and pursuant to the stipulation of the parties, the Court orders that

3 the two actions referenced above be consolidated for all purposes and that Action No. 2:08cv01250

4 LKK EFB be the controlling case.

5     PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

7 Dated: June 27, 2008.

```
                              _____
                              LAWRENCE K. KARLTON
                              SENIOR JUDGE
                              UNITED STATES DISTRICT COURT
```

**Randolph Cregger & Chalfant**