**GANONG & WYATT, LLP**
930 Truxtun Avenue, Suite 203
P. O. Box 192 (93302)
Bakersfield, California 93301
Telephone 661.327.3337
Facsimile 661.327.3395

Philip W. Ganong, SBN 88414
Ralph Wm. Wyatt, SBN 63247

Attorneys for Plaintiff DAVID CHAD GLOW

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW, | Case No. 2:08-CV-01250-LKK-EFB |
| Plaintiff, | |
| vs. | PLAINTIFF'S INITIAL DISCLOSURES [FRCP Rule 26(1)] |
| UNION PACIFIC RAILROAD COMPANY and DOES 1 through 20, inclusive, | [Personal Injury - F.E.L.A. 45 U.S.C. §51, et seq.] |
| Defendants. | |
| AND CONSOLIDATED RELATED ACTION. | |

COMES NOW plaintiff DAVID CHAD GLOW, pursuant to FRCP Rule 26(1), and makes his initial disclosures as follows:

**A.    WITNESSES**:

1.    **David Chad Glow**, 9794 Autumn Leaf Way, Reno, Nevada 89506, 775.972.3642. Manner in which the injury(s) occurred, treatment for the injury(s), residual disability, degree of pain and suffering, nature of past and future wage loss.

2.    **Howard Redmond**, c/o Law Office of Jean Schaefer, 1337 Howe Avenue, Suite 106, Sacramento, CA 95825. Defendant/Cross-Claimant.

3.    **Tyler Papworth**, MTO for Defendant/Cross-Defendant Union Pacific Railroad Company. Address and telephone number unknown, but believed known to Defendant/Cross-

-1-

Defendant.

4. **Mike Boyce**, Yardmaster at Warm Springs, address and telephone number unknown, but believed known to the Defendant/Cross-Defendant.

5. **S.N. Torres**, Union Pacific Railroad Police, address and telephone number unknown, but believed known to the Defendant/Cross-Defendant. Conducted investigation and obtained statements from Plaintiff and Defendant/Cross-Complainant. Prepared report.

6. **Paul Siegmund**, MTO for Defendant/Cross-Defendant Union Pacific Railroad Company. Address and telephone unknown, but believed known to Defendant/Cross-Defendant.

7. **Thor Profant**, address and telephone number unknown, but believed known to the Defendant/Cross-Defendant. Claims Agent for Defendant/Cross-Defendant.

8. **Dr. N.S. Dickler, Dr. William J. Stiers**, Washington Hospital, 2000 Mowry Avenue, Fremont, CA 94538. Provided medical treatment to Plaintiff after injury.

9. **Dr. Tushar Modi**, 413 E. Orangeburg Ave., #3, Modesto, CA 95350. Provided medical treatment to Plaintiff after injury.

10. **Dr. Bob Peterson**, 26617 E. Highway 120, Escalon, CA 95320. Provided medical treatment to Plaintiff after injury.

11. **Dr. Patrick Rhoades, Greg Wilkinson, PAC**, Central Valley Pain Management & Wellness Clinic, 1300 Mable Ave., #2, Modesto, CA 95355. Provided medical treatment to Plaintiff after injury.

12. **Modesto Advanced Diagnostic Imaging Center**, 157 E. Coolidge Ave., Modesto, CA 95350. Provided diagnostic radiology studies to Plaintiff after injury.

13. **Dr. Gary Platt**, 1524 McHenry Ave., #550, Modesto, CA 95350. Provided medical treatment to Plaintiff after injury.

14. **Athletic & Industrial Rehabilitation**, 2116 E. Orangeburg, #B, Modesto, CA 95355. Provided physical therapy to Plaintiff after injury.

15. **Seton Medical Center**, 1900 Sullivan Ave., Daly City, CA 94015. Provided medical treatment to Plaintiff after injury.

-2-

16. **Dr. James B. Reynolds**, **Dr. Raymond Hsieh**, **Dr. Jerome Schofferman**, SpineCare Medical Group, 1850 Sullivan Ave., 2nd Floor, Daly City, CA 94015. Provided medical treatment to Plaintiff after injury.

17. **Dr. Donald Crum**, Northeastern Nevada Regional Hospital, 2001 Errecart Blvd., Elko, NV 89801. Provided medical treatment to Plaintiff after injury.

18. **Dr. Denis G. Patterson**, Spine Nevada, 75 Pringle Way, Suite 605, Reno, NV 89502. Provided medical treatment to Plaintiff after injury.

19. **Cody Dickinson**, 3289 Rollin Hills Rd., Marysville, CA 95901.

20. **Dennis Reeves**, 344 West Lowell Avenue, Tracy, CA 95376.

21. **Kurt C. Berg**, 622 Hovey Way, Roseville, CA 95678.

22. **Gary Lee Kuykendall**, 6562 Powder River Drive, Rocklin, CA 95765.

23. **Anthony Holdsclaw**, 6349 Greenpine Court, Forest Hills, CA 95631.

24. **Mike Metzger**, address and telephone number unknown, but believed known to Defendant/Cross-Defendant.

25. **Lonnie Dickson**, MTO for Defendant/Cross-Defendant Union Pacific Railroad Company. Address and telephone number unknown, but believed known to Defendant/Cross-Defendant.

24. **John Mervin**, employee of Defendant/Cross-Defendant Union Pacific Railroad Company. Address and telephone number unknown, but believed known to Defendant/Cross-Defendant.

25. **Ray Perry**, employee of Defendant/Cross-Defendant Union Pacific Railroad Company. Address and telephone number unknown, but believed known to Defendant/Cross-Defendant.

26. **Mark A. Gonzales**, 185 Lomita Ave., Vacaville, CA 95688

27. **Thomas Bullard**, MTO for Defendant/Cross Defendant Union Pacific Railroad Company, address and telephone number unknown, but believed known to Defendant/Cross-Defendant.

28.     **Mark James Redd**, employee of Defendant/Cross-Defendant Union Pacific Railroad Company. Address and telephone number unknown, but believed known to Defendant/Cross-Defendant.

29.     David LaRue, Conductor, address and telephone number unknown, but believed known to Defendant/Cross-Defendant.

30.     Jim Worthington, Engineer, address and telephone number unknown, but believed known to Defendant/Cross-Defendant.

Plaintiff's expert witnesses are:

1.     **Ricky Alan Sarkisian, Ph.D.** Dr. Sarkisian is a vocational rehabilitationist who will offer testimony relative to assessment of employability, labor market and earning capacity giving the nature of Plaintiff's injuries and subsequent residual disabilities.

2.     **Ted Vavoulis**. Mr. Vavoulis is an economist who will offer testimony regarding the value of lost wages sustained by Plaintiff as a result of his injuries. Mr. Vavoulis may also testify as to the discounted value of the cost of future medical expenses that Plaintiff is reasonably likely to incur for the treatment of his injuries.

3.     **Jerome A. Schofferman, M.D.** Dr. Schofferman is an orthopedic surgeon who will offer testimony regarding the nature and extent of Plaintiff's injuries; the permanence of the disabilities; the reasonably probably future treatment that Plaintiff will require as a result of his injuries and disabilities; the cost of such treatment; the causation of the injuries and disabilities, as well as apportionment, if any.

4.     **Lawrence P. Ball**. Mr. Ball is a human resources consultant expert who will offer testimony regarding the progressive discipline options available to employers to manage employees who have been involved in even a single "incident" at work.

5.     **Peter R. Francis, Ph.D.** Dr. Francis is a bio-mechanical engineer. He will offer testimony regarding the mechanism and cause of injury to Plaintiff.

6.     **Todd Koch, Ph.D.** Dr. Koch is a vocational rehabilitationist. He will offer testimony regarding assessment of employability in the labor market and earning capacity given the

-4-

nature of plaintiff's injuries, subsequent residual disabilities, education, the cost of education training and transferrable skills.

**B.    DOCUMENTS:**

1. Union Pacific Railroad Report of Personal Injury or Occupational Illness, Form 52032, dated November 6, 2003.
2. Union Pacific Railroad Report of Personal Injury or Occupational Illness, Form 52032, dated September 21, 2007.
3. UPR-Police Department's Report by S. Torres/UPR-Police Department's Supplemental Report
4. Recorded statement of Plaintiff taken by Thor Profant, Claims Representative on November 24, 2003
5. UPR Manager's Report of Employee Personal Injury
6. UPR 705 Report
7. Personnel records of Plaintiff
8. PeopleSoft Employee Skills Exam History
9. UPRC's March 7, 2001 Letter of Commendation to David C. Glow
10. Wage history of Plaintiff
11. Transcript of Incident Investigation 12/5/03 by Union Pacific Railroad
12. 705 Report filed by Jamie A. Alvarez re: Howard Redmond
13. Excerpts from the General Code of Operating Rules (GCOR), Second Edition effective October 29, 1989; Third Edition effective April 10, 1994; Fourth Edition effective April 2, 2000; Fifth Edition effective April 3, 2005
14. Union Pacific Railroad Policy and Procedures for Ensuring Rules Compliance Effective October 15, 1998 (Revised May 15, 2004) PB-20861
15. PeopleSoft records of David Chad Glow re Action: Alternate Discipline
16. Excerpts from UP Employment Information and Policies & Procedures handbook

-5-

17. Medical records in Plaintiff's possession from Dr. N.S. Dickler and Dr. William J. Stiers, Washington Hospital, 2000 Mowry Avenue, Fremont, CA 94538.

18. Medical records in Plaintiff's possession from Dr. Tushar Modi, 413 E. Orangeburg Ave., #3, Modesto, CA 95350.

19. Medical records in Plaintiff's possession from Dr. Bob Peterson, 26617 E. Highway 120, Escalon, CA 95320.

20. Medical records in Plaintiff's possession from Dr. Patrick Rhoades and Greg Wilkinson, PAC, Central Valley Pain Management & Wellness Clinic, 1300 Mable Ave., #2, Modesto, CA 95355.

21. Medical records in Plaintiff's possession from Modesto Advanced Diagnostic Imaging Center, 157 E. Coolidge Ave., Modesto, CA 95350.

22. Medical records in Plaintiff's possession from Dr. Gary Platt, 1524 McHenry Ave., #550, Modesto, CA 95350.

23. Medical records in Plaintiff's possession from Athletic & Industrial Rehabilitation, 2116 E. Orangeburg, #B, Modesto, CA 95355.

24. Medical records in Plaintiff's possession from Seton Medical Center, 1900 Sullivan Ave., Daly City, CA 94015.

25. Medical records in Plaintiff's possession from Dr. James B. Reynolds, Dr. Raymond Hsieh, Dr. Jerome Schofferman, SpineCare Medical Group, 1850 Sullivan Ave., 2nd Floor, Daly City, CA 94015.

26. Medical records in Plaintiff's possession from Dr. Donald Crum, Northeastern Nevada Regional Hospital, 2001 Errecart Blvd., Elko, NV 89801. These records have been requested, but are not yet in Plaintiff's possession

27. Medical records from Dr. Denis G. Patterson, Spine Nevada, 75 Pringle Way, Suite 605, Reno, NV 89502. These records have been requested, but are not yet in Plaintiff's possession.

28. Medical records in Plaintiff's possession from Reno Diagnostic Center, 590

-6-

PLAINTIFF'S INITIAL DISCLOSURES [FRCP Rule 26(1)]
[Personal Injury - F.E.L.A. 45 U.S.C. §51, et seq.]

Eureka Avenue, Reno, NV 89512.

29. Dr. Jerome A. Schofferman, SpineCare Medical Group's prescription for "Reasonable Accommodation" dated July 25, 2007.

30. Mark A. Gonzales written statement dated February 13, 2005

31. Declaration of Cody Dickinson dated June 10, 2005

32. Handwritten Declaration of Dennis Reeves dated May 26, 2005

33. Typed Declaration of Dennis Reeves dated May 26, 2005

34. Declaration of Kurt C. Berg dated May 27, 2005

35. Letter from D.R. Reeves, Local Chairman to William L. Davis, President LE&CMPA, dated February 6, 2004

36. Declaration of Kurt C. Berg dated September 25, 2006

37. Declaration of Cody Dickinson dated September 27, 2006

38. Declaration of Dennis Reeves dated September 27, 2006

39. Declaration of Gary Lee Kuykendall dated September 28, 2006

40. Medical illustrations (Cervical Discogram - Damages C4-5 Disc and Anterior Cervical Decompression & Fusion, C4-5)

41. Deposition of James Reynolds, M.D., November 10, 2006

42. Deposition of David Chad Glow, July 20, 2007

43. Deposition of David Chad Glow, April 13, 2006

44. Deposition of David C. Glow, February 23, 2005

45. Deposition of Howard James Redmond, December 21, 2005

46. Deposition of Dennis Reeves, January 5, 2006

47. Deposition of Officer Sam Torres, September 1, 2006

48. Deposition of Mark James Redd, December 21, 2005

49. Deposition of Peter Robert Francis, Ph.D., November 3, 2006

50. Deposition of Lawrence P. Ball, November 6, 2006

51. Deposition of Ricky Alan Sarkisian, Ph.D., October 24, 2006

-7-

PLAINTIFF'S INITIAL DISCLOSURES [FRCP Rule 26(1)]
[Personal Injury - F.E.L.A. 45 U.S.C. §51, et seq.]

| | | |
|---|---|---|
| 1 | 52. | Deposition of Paul J. Mills, M.D., November 7, 2006 |
| 2 | 53. | Deposition of John Mervin, April 7, 2006 |
| 3 | 54. | Deposition of Anthony Holdsclaw, May 23, 2005 |
| 4 | 55. | Deposition of Thomas Bullard, April 7, 2006 |
| 5 | 56. | Deposition of Susan Bowley, November 7, 2006 |
| 6 | 57. | Deposition of Jerome Schofferman, M.D., August 23, 2006 |
| 7 | 58. | Deposition of Jerome Schofferman, M.D., August 22, 2007 |
| 8 | 59. | Deposition of Gary Lee Kuykendall, May 23, 2005 |
| 9 | 60. | Deposition of Lonnie Dickson, September 5, 2006 |
| 10 | 61. | Deposition of Tyler Papworth, April 7, 2006 |
| 11 | 62. | Photos of locomotive engineer seats |
| 12 | 63. | UTU Klein letter of 3/3/05, Contents of UTU file 04034RV |
| 13 | 64. | Records of the Claim of David Chad Glow, PLB #6778, Case #4, Award #4 |
| 14 | 65. | UP investigation and disciplinary file, including but not limited to 1388605D |
| 15 | 66. | UTU Declaration of Yvonne Method-Walker, March 30, 2005 |

67. David Chad Glow's Response to Request to Produce, Set No. 1, dated November 5, 2004, (approximately 229 pages) in Placer County Superior Court Case No. SCV 17360.

68. Union Pacific's Supplemental Response to Request to Produce, Set No. 1, dated February 17, 2005, including index of 16 exhibits inclusive and UTU Exhibits A - I and Appendix One in Placer County Superior Court Case No. SCV 17360.

69. Declaration of Samuel N. Torres dated March 29, 2005.

70. Union Pacific's Separate Statement of Undisputed Facts filed in Placer County Superior Court Case No. SCV 17360, Undisputed Material Fact numbers 1-44.

71. Union Pacific's Response to Request for Production, Set No. 1 with attachments, in Placer County Superior Court Case No. SCV 17360.

C. **DAMAGES COMPUTATION**:

Copies of all wage and non-wage compensation and benefit writings that Plaintiff has

-8-

in his possession will be or has already been provided to Defendant/Cross-Defendant. It is Plaintiff's belief that Defendant/Cross-Defendant has all of these writings and is the source of these writings.

Plaintiff alleges loss of past earnings as a result of his injuries and symptoms and future loss of earning capacity.

Plaintiff has been unable to work except in a light duty capacity since July of 2006 to June 19, 2007. The UP has had no light duty jobs for him since that time. He has earned no income since July of 2006. He estimates his loss of earnings for 2006, through the date he returned to work to be approximately $100,000 (12 months @ $8,333.33/month.) Plaintiff returned to work in 2007 as an engineer following a cervical fusion. In September of 2007, he suffered another neck injury due to the defective locomotive speedometer and insecure seat.

Future loss of earnings.

Plaintiff is currently 34 years old. He date of birth is 10/3/74. His seniority date is 1998. In order to be eligible to retire with full benefits, Plaintiff must work a minimum of 360 months and attain the minimum age of 60. He was 24 years old when he hired on with the Union Pacific. He will be 56 years old when he reaches his 30 year anniversary with the UP. He will need to work another four years before he can draw his longevity retirement. Therefore, Plaintiff will need to work another 26 years before he can retire with benefits. He will need to work another 31 years to retire with medical benefits that will last until he can qualify for medical or medicare at age 65.

The present value discounted of Plaintiff's loss of $68,000 a year for 31 years is taken from the BAJI Appendix "B". The multiplier for 31 years at 3% discount rate is 20.00. This yields a present value of $1,900,000. Adjusting for taxes, as is required under FELA, (utilizing a 12% rate on mitigation income of $35,000 and 32% rate on engine service income), Plaintiff will lose approximately $744000 in net income before calculating loss of non-wage benefits. ($35,000 less 12% taxes ($4,200) from $100,000 less 32% taxes ($32,000) = $37,200 x 20.0= $744,000) The loss of retirement tier I and tier II benefits will drive Plaintiff's after tax losses over one million dollars. If Plaintiff does not obtain employment at the highest rate, $35,000 annual wages, but rather $25,000 annual wages, his present value discounted losses will be approximately $200,000 greater.

-9-

PLAINTIFF'S INITIAL DISCLOSURES [FRCP Rule 26(1)]
[Personal Injury - F.E.L.A. 45 U.S.C. §51, et seq.]

1 |         Plaintiff's total loss of past and future income is conservatively estimated at
2 | $1,083,333 after reduction for offset earnings and taxes.

    **D.**    **LIABILITY INSURANCE:**

    Not applicable.

Dated: September 15, 2008.        **GANONG & WYATT, LLP**


        By: /s/ Philip W. Ganong
            Philip W. Ganong/Ralph Wm. Wyatt
            Attorneys for Plaintiff

-10-

PLAINTIFF'S INITIAL DISCLOSURES [FRCP Rule 26(1)]
[Personal Injury - F.E.L.A. 45 U.S.C. §51, et seq.]

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF KERN

I, Peggy Carlton, declare: I am and was at the times of the service hereunder mentioned, over the age of eighteen (18) years, and not a party to the within cause. My business address is 930 Truxtun Avenue, Suite 203/P.O. Box 192 (93302), Bakersfield, California 93301.

On September 15, 2008, I served the document titled: **PLAINTIFF'S INITIAL DISCLOSURES FRCP Rule 26(1), United States District Court, Eastern District of California, Case No. 2:08-CV-01250-LKK-EFB,** on the interested party(ies) in this action, as listed below:

JEAN SCHAEFER, ESQ.
LAW OFFICE OF JEAN SCHAEFER
1337 Howe Avenue, Suite 106
Sacramento, CA 95825
Telephone:   916.925.4400
Facsimile:   916.925.2019          Attorney for Defendant/Counter-claimant Redmond

[XX]   **(BY MAIL)** on September 15, 2008, at Bakersfield, California, pursuant to FRCP Rule 5(b), by placing [ ] the original or [XX] a true copy thereof enclosed in a sealed envelope. I am readily familiar with the firm's practice of collection and processing of documents for mailing. Under that practice, it would be deposited with the United States Postal Service on that same day with postage thereon fully prepaid at Bakersfield, California in the ordinary course of business.

[ ]   (BY PERSONAL SERVICE) I caused to be delivered such envelope by hand to the office(s) of the addressee(s).

[ ]   (BY CALIFORNIA OVERNIGHT)

[ ]   (BY FACSIMILE AND BY E-MAIL)

Executed on September 15, 2008, at Bakersfield, California.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[XX]   **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

/s/ Peggy Carlton
Peggy Carlton