UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID CHAD GLOW,

        Plaintiff,

   v.

UNION PACIFIC RAILROAD
COMPANY and DOES 1 through
20, inclusive,

        Defendants.
_____/
AND CONSOLIDATED RELATED ACTIONS
_____/

NO. CIV. S-08-1250 LKK/EFB

    Pursuant to stipulation of the parties, this matter is REFERRED to the court's Voluntary Dispute Resolution Program (VDRP).

    IT IS SO ORDERED.

    DATED: November 4, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT