1  **GANONG LAW OFFICE**
   930 Truxtun Avenue, Suite 203
2  P. O. Box 192 (93302)
   Bakersfield, California 93301
3  Telephone 661.327.3337
   Facsimile 661.327.3395
4
   Philip W. Ganong, SBN 88414
5
6  Attorneys for Plaintiff DAVID CHAD GLOW

7

8                   **UNITED STATES DISTRICT COURT**

9                   **EASTERN DISTRICT OF CALIFORNIA**

10 | DAVID CHAD GLOW,                              ) Case No. 2:08-CV-01250-LKK-EFB
   |                                              )
11 |                Plaintiff,                    )
   |                                              ) FIRST STIPULATION MODIFYING
12 |        vs.                                   ) STATUS (PRETRIAL SCHEDULING)
   |                                              ) CONFERENCE ORDER; ORDER
13 | UNION PACIFIC RAILROAD COMPANY and)           THEREON
   | DOES 1 through 20, inclusive,                )
14 |                                              )
   |                Defendants.                   )
15 | _____ )
   |                                              )
16 | AND CONSOLIDATED RELATED ACTION.)
   | _____ )

17

18        COME NOW Plaintiff/Counter-Defendant, David Chad Glow, Defendant/Counter-Defendant

19 Union Pacific Railroad Company and Defendant/Counter-Claimant Howard Redmond who hereby

20 enter into the following stipulation:

21        IT IS HEREBY STIPULATED THAT:

22        1.    Expert disclosures are due on or before April 15, 2009. The parties hereby waive the

23 Federal Court Rule 26 provision requiring reports be completed and exchanged at the time of

24 disclosure and/or supplemental disclosure. The parties had previously entered into a stipulation

25 dispensing with the Rule 26 disclosures in July 2006, which was approved and granted by the Judge

26 when the claims were before the United States District Court, Northern District of California. The

27 parties wish to continue to abide by the July 2006 stipulation in regards to a first modification of the

28 present Status (Pretrial Scheduling) Conference order of September 5, 2008.

IT IS SO STIPULATED.

Dated: April 10, 2009.  **GANONG LAW OFFICE**


By /s/ Philip W. Ganong
    Philip W. Ganong
    Attorneys for Plaintiff/Counter-Defendant
    David Chad Glow

Dated: April 10, 2009.  **RANDOLPH CREGGER & CHALFANT LLP**


By /s/ Thomas A. Cregger
    Thomas A. Cregger
    Attorneys for Defendant/Counter-Defendant
    Union Pacific Railroad Company

Dated: April 15, 2009.  **LAW OFFICES OF JEAN SCHAEFFER**


By /s/ Jean Schaeffer
    Jean Schaeffer
    Attorney for Defendant/Counter-Claimant
    Howard Redmond

**ORDER**

After considering the Stipulation by and between the parties, through their counsel of record, **IT IS HEREBY ORDERED THAT:**

1. Expert disclosures are due on or before April 15, 2009. No reports shall be exchanged at the time of disclosure and/or supplemental disclosure.


Dated: April 21, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT