**GANONG LAW OFFICE**
930 Truxtun Avenue, Suite 203
P. O. Box 192 (93302)
Bakersfield, California 93301
Telephone 661.327.3337
Facsimile 661.327.3395

Philip W. Ganong, SBN 88414

Attorneys for Plaintiff DAVID CHAD GLOW

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY and DOES 1 through 20, inclusive,<br><br>    Defendants.<br><br>AND CONSOLIDATED RELATED ACTION. | Case No. 2:08-CV-01250-LKK-EFB<br><br>SECOND STIPULATION MODIFYING STATUS (PRETRIAL SCHEDULING) CONFERENCE ORDER; ORDER THEREON |

COME NOW Plaintiff/Counter-Defendant, David Chad Glow, Defendant/Counter-Defendant Union Pacific Railroad Company and Defendant/Counter-Claimant Howard Redmond who hereby enter into the following stipulation:

IT IS HEREBY STIPULATED THAT:

1. Expert depositions are due to be completed by May 30, 2009. The parties hereby stipulate that completion of expert depositions only shall be extended to July 30, 2009.

2. Good cause exists for entering into this Stipulation in that on April 27, 2009, the attorney for Defendant/Counter-Defendant Union Pacific Railroad Co. (UPRC) advised he is engaged in trial for the next three weeks. Plaintiff/Counter-Defendant David Chad Glow's (Glow) five designated experts are located in various parts of California. Defendant/Counter-Defendant UPRC's has designated five experts, four are located in various parts of California, one is located in Orem,

Utah. Due to the ongoing trial of defense counsel and the various locations counsel will need to travel to in order to take and complete these ten depositions, it is not humanly possible to complete the depositions prior to the May 30, 2009 cut off.

IT IS SO STIPULATED.

Dated: April 28, 2009.  **GANONG LAW OFFICE**

By /s/ Philip W. Ganong
　　Philip W. Ganong
　　Attorneys for Plaintiff/Counter-Defendant
　　David Chad Glow

Dated: April 28, 2009.  **RANDOLPH CREGGER & CHALFANT LLP**

By /s/ Thomas A. Cregger
　　Thomas A. Cregger
　　Attorneys for Defendant/Counter-Defendant
　　Union Pacific Railroad Company

Dated: April 28, 2009.  **LAW OFFICES OF JEAN SCHAEFFER**

By /s/ Jean Schaeffer
　　Jean Schaeffer
　　Attorney for Defendant/Counter-Claimant
　　Howard Redmond

**ORDER**

After considering the Stipulation by and between the parties, through their counsel of record, **IT IS HEREBY ORDERED THAT:**

1. The May 30, 2009 discovery cut off is extended to allow for completion of expert depositions only to and including July 30, 2009.

Dated: May 6, 2009.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT