UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID CHAD GLOW,

                        NO. CIV. S-08-1250 LKK/EFB

    Plaintiff,

  v.

UNION PACIFIC RAILROAD
COMPANY and DOES through 20,        O R D E R
inclusive,

    Defendants.
                             /

    This court's scheduling order of September 5, 2008 specified that all law and motion matters in this case were to be heard before July 30, 2009. Because this court will not be hearing matters in the month of July, 2009, defendant has requested that this date be extended. Defendant requested an extension to August 3, 2009, the first subsequent hearing date. Due to court congestion, no additional matters may be heard on that date. Accordingly, the scheduling order is hereby AMENDED to specify that all law and motions matters shall be heard by August 17, 2009.

////

1

1   IT IS SO ORDERED

2   DATED:  June 16, 2009.

    LAWRENCE K. KARLTON
    SENIOR JUDGE
    UNITED STATES DISTRICT COURT

2