RANDOLPH CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
STEPHANIE L. QUINN, State Bar No. 216655
WENDY MOTOOKA, State Bar No. 233589
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax: 916.443-2124

Attorneys for Defendant/Counter-Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY and DOES 1 through 20, Inclusive,<br><br>　　　　Defendants. | No. 2:08-cv-01250<br><br>**DECLARATION OF RAY BREEDLOVE, JR. IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**<br><br>Date: August 17, 2009<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Lawrence K. Karlton |

I, RAY BREEDLOVE, JR., declare as follows:

1.　I am the Manager of Operating Practices for Union Pacific Railroad Company in Portola, California. I have held this position since September 9, 2006.

2.　In my capacity as Manager of Operating Practices, I supervise all locomotive engineers in Northern California and a portion of the engineers in Nevada. My office is based in Portola, California. I am David Chad Glow's supervisor, and have been so since September 9, 2006.

3.　All Union Pacific engineers are trained to be able to calculate the speed of a

RANDOLPH CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

DECLARATION OF RAY BREEDLOVE, JR. ISO
MSJ/MSA
Case No. 2:08-cv-01250 LKK EFB

- 1 -

1 locomotive using a watch and the mile markers. All locomotive engineers are required to have a
2 reliable watch while on duty. Attached as Exhibit A is a true and correct copy of Union Pacific's
3 General Code of Operating Rules 3.2.

4.   To assist engineers in calculating train speed using a watch and the mile markers,
Union Pacific's Roseville Area Timetable #4 includes a "Table of Train Speeds." Every employee is required to have in his/her possession a current timetable while on duty. Attached as Exhibit C is a true and correct copy of the "Table of Train Speeds" from Roseville Area Timetable #4.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 17, 2009, at Portola, California.

_____
RAY BREEDLOVE, JR.

RANDOLPH CREGGER &
CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

DECLARATION OF RAY BREEDLOVE, JR. ISO
MSJ/MSA                                           -2-
Case No. 2:08-cv-01250 LKK EFB

# EXHIBIT A

**Union Pacific Rules**
**STANDARD TIME**

## 3.2: Watch Requirement

While on duty, all employees who do not work in an office with a standard clock must have a watch. The watch must:

- Be in good working condition and reliable.
- Display hours, minutes and seconds.

Updated: 9/15/2003

UP 6439

# EXHIBIT C

PB-27022



# ROSEVILLE AREA
# TIMETABLE #4

### Effective 0001 Sunday, December 18, 2005

D. J. Duffy, Executive Vice President - Operations
J. H. Koch, Vice President - Transportation
L. M. Fritz, Vice President - Northern Region
R.S. Blackburn, Vice President - Central Region
J. M. Santamaria, Vice President - Southern Region
T. F. Jacobi, Vice President - Western Region
W. E. Wimmer, Vice President - Engineering
D. H. Jacobson, Vice President - Operating Services
J. H. Rebensdorf, Vice President - Network Planning & Operations
R. M. Grimaila, Sr. AVP - Safety ,Environmental & Security
B. J. Kanuch, Chief Mechanical Officer
S. R. Barkley, Vice President - HDC & Network Operations

---

**This document supersedes:**

Union Pacific Railroad Roseville Timetable 3 effective Jun 22, 2003

## Continental Time Conversion Chart

| | | | | |
|---|---|---|---|---|
| 1:00 AM | 0100 | 1:00 PM | 1300 | |
| 1:30 AM | 0130 | 1:30 PM | 1330 | |
| 2:00 AM | 0200 | 2:00 PM | 1400 | |
| 3:00 AM | 0300 | 3:00 PM | 1500 | |
| 4:00 AM | 0400 | 4:00 PM | 1600 | |
| 5:00 AM | 0500 | 5:00 PM | 1700 | |
| 6:00 AM | 0600 | 6:00 PM | 1800 | |
| 7:00 AM | 0700 | 7:00 PM | 1900 | |
| 8:00 AM | 0800 | 8:00 PM | 2000 | |
| 9:00 AM | 0900 | 9:00 PM | 2100 | |
| 10:00 AM | 1000 | 10:00 PM | 2200 | |
| 11:00 AM | 1100 | 11:00 PM | 2300 | |
| 11:59 AM | 1159 | 11:59 PM | 2359 | |
| Noon | 1200 | Midnight | 0000 | (new date) |
| 12:01 PM | 1201 | 12:01 AM | 0001 | |

## TABLE OF TRAIN SPEEDS

| Min Per Mi. | Sec. Per Mi. | Miles Per Hour | Min. Per Mi. | Sec Per Mi. | Miles Per Hour | Min Per Mi. | Sec. Per Mi. | Miles Per Hour | Min. Per Mi. | Sec Per Mi. | Miles Per Hour |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 45 | 80.0 | 1 | 6 | 54.5 | 1 | 21 | 44.4 | 1 | 35 | 37.9 |
| 0 | 48 | 75.0 | 1 | 7 | 53.7 | 1 | 22 | 43.9 | 1 | 40 | 36.0 |
| 0 | 50 | 72.0 | 1 | 8 | 52.9 | 1 | 23 | 43.4 | 1 | 45 | 34.3 |
| 0 | 52 | 69.2 | 1 | 10 | 51.4 | 1 | 24 | 42.9 | 1 | 50 | 32.7 |
| 0 | 54 | 66.6 | 1 | 11 | 50.7 | 1 | 25 | 42.4 | 1 | 55 | 31.3 |
| 0 | 56 | 64.2 | 1 | 12 | 50.0 | 1 | 26 | 41.9 | 2 | 0 | 30.0 |
| 0 | 58 | 62.0 | 1 | 13 | 49.3 | 1 | 27 | 41.4 | 2 | 5 | 28.8 |
| 1 | 0 | 60.0 | 1 | 14 | 48.6 | 1 | 28 | 40.9 | 2 | 10 | 27.7 |
| 1 | 1 | 59.0 | 1 | 15 | 48.0 | 1 | 29 | 40.4 | 2 | 15 | 26.7 |
| 1 | 2 | 58.0 | 1 | 16 | 47.4 | 1 | 30 | 40.0 | 2 | 20 | 25.7 |
| 1 | 3 | 57.1 | 1 | 17 | 46.7 | 1 | 31 | 39.6 | 2 | 25 | 24.8 |
| 1 | 4 | 56.2 | 1 | 18 | 46.1 | 1 | 32 | 39.1 | 3 | 0 | 20.0 |
| 1 | 5 | 55.3 | 1 | 19 | 45.6 | 1 | 33 | 38.7 | 4 | 0 | 15.0 |
| | | | 1 | 20 | 45.0 | 1 | 34 | 38.2 | 6 | 0 | 10.0 |

UP 6464