1  RANDOLPH CREGGER & CHALFANT LLP
   THOMAS A. CREGGER, State Bar No. 124402
2  STEPHANIE L. QUINN. State Bar No. 216655
   WENDY MOTOOKA, State Bar No. 233589
3  1030 G Street
   Sacramento, CA 95814
4  Phone: 916.443-4443
   Fax: 916.443-2124
5

6  Attorneys for Defendant/Counter-Defendant
   UNION PACIFIC RAILROAD COMPANY
7

8

9                   UNITED STATES DISTRICT COURT

10               EASTERN DISTRICT OF CALIFORNIA

11

12  DAVID CHAD GLOW,                       No.  2:08-cv-01250

13            Plaintiff,                   **DECLARATION OF RICHARD O.
                                           SWEET IN SUPPORT OF
14      vs.                                DEFENDANT'S MOTION FOR
                                           SUMMARY JUDGMENT AND/OR
15  UNION PACIFIC RAILROAD COMPANY         SUMMARY ADJUDICATION**
    and DOES 1 through 20, Inclusive,
16
            Defendants.
17                                         Date: August 17, 2009
                                           Time:  10:00 a.m.
18                                         Courtroom: 4
                                           Judge:  Hon. Lawrence K. Karlton
19

20       I, RICHARD O. SWEET, declare as follows:

21       1.      I am the Director of Claims for the Roseville Service Unit of the Union Pacific

22  Railroad Company.  I have been employed with Southern Pacific/Union Pacific's Claims

23  Department for 42 years.

24       2.      In my capacity as Director of Claims, I am responsible for all claims that arise

25  within the Roseville Service Unit, a territory that extends from the Bay Area in the west, to

26  Winnemucca, Nevada, in the east, and from the Modesto area in the south to the Oregon state line

27  in the north.

28       3.      I am familiar with Mr. David Chad Glow's claims against the Union Pacific

RANDOLPH CREGGER &
CHALFANT LLP
1030 G St.
Sacramento, CA 95814

DECLARATION OF RICHARD O. SWEET ISO
MSJ/MSA                                    - 1 -

1    Railroad.

2        4.    I am aware that Mr. Glow submitted to the railroad a handwritten note from his

3    physician that appeared to be requesting that Mr. Glow be provided with an ergonomic

4    locomotive operator chair. Attached as Exhibit A is a true and correct copy of this handwritten

5    note.

6        5.    I responded to this note by letter dated October 23, 2007, informing Mr. Glow and

7    his counsel, Phillip W. Ganong, that the request was unrealistic, because Union Pacific's more

8    than 8000 locomotives travel interchangeably throughout the nation. Because modification of all

9    locomotives that Mr. Glow might be called on to operate was not feasible, I proposed instead that

10    the Claims Department purchase either a McCarty's Sacro Ease Neck Ease or a McCarty's Sacro

11    Ease Deluxe seat support that Mr. Glow could carry with him, to be used either at work and/or

12    home, as he saw fit. I also invited Mr. Glow and his counsel to propose alternative suggestions.

13    Attached as Exhibit B is a true and correct copy of my letter to Mr. Ganong.

14        6.    Mr. Ganong responded by letter dated November 8, 2007, requesting additional

15    information about the McCarty's Sacro Ease Neck Ease and the McCarty's Sacro Ease Deluxe

16    seat support. Attached as Exhibit C is a true and correct copy of Mr. Ganong's letter of

17    November 8, 2007.

18        7.    By letter dated November 8, 2007, I provided this additional information by

19    referring Mr. Ganong to McCarty's website at www.sacroease.com. Attached as Exhibit D is a

20    true and correct copy of my letter to Mr. Ganong of November 8, 2007.

21        8.    As of the execution of this declaration, I have received no further communications

22    from Mr. Glow or Mr. Ganong concerning the request for the modified seating.

23        I declare under penalty of perjury under the laws of the United States of America that the

24    foregoing is true and correct.

25        Executed on July _16_ , 2009, at Roseville, California.

26

27

28                                                    RICHARD O. SWEET

RANDOLPH CREGGER &
CHALFANT LLP
1030 G St.
Sacramento, CA 95814

DECLARATION OF RICHARD O. SWEET ISO
MSJ/MSA                                -2-

# EXHIBIT
# A

16:44

# :::SpineCare
:::MEDICAL GROUP

1890 Sullivan
Suite 200
Daly City, CA 940__

Jerome A. Schofferman, MD        (650) 985-7540
☐ Paul J. Slosar, MD
☐ Raymond Ysieh, MD                (650) 985-7510
☐ Edward C. Sun., MD

☐ Noel D. Goldthwaite, MD
☐ James B. Reynolds, MD
☐ Garrett D. Kine, MD

Name ___ Bruce David ___

Address ___

R: Reasonable accomodation
keyboard/mouse of regular chair
Erythromic
need rest breaks/restraint
Good arm rests
Air or lumbar rell

Date ___ 3/25/07 ___ 20 ___

Label as such

Refill ___

SC-0002 (Rev. 02/05)

EXHIBIT 4
Deponent ___
www.depobook.com

# EXHIBIT
# B



*Richard O. Sweet - Director / Claims*
*Roseville Service Unit*
*Union Pacific Railroad Company*
*10031 Foothills Blvd.*
*Roseville, CA 95747*

*email:    rosweet@UP.com*
*Tel.    (916)  789-6406*
*Fax.    (916)  789-6415*
*Cel:    (916)  765-3816*

October 23, 2007

Phillip W. Ganong
Ganong & Wyatt, LLP
1712 19th Street, Suite 101
Bakersfield, CA 93301

Re. **GLOW, D.C. vs UPRR**

Dear Mr. Ganong:

Recently you and your client presented information from Dr. Schofferman suggesting an accommodation for Mr. Glow. Assuming I can read the Doctor's handwriting, the note requests an "Ergonomic locomotive operator chair; Head / neck rest / restraint; accommodation; Good arm rests; Air or hydraulic ride."

Please understand that the Union Pacific Railroad Company currently uses over 8000 locomotives of various models and styles. The majority of these units are equipped with at least three seats and the majority of them are interchangeable. Obviously, these locomotives are used in the furtherance of interstate commerce thus travel throughout the UP system as well as on foreign roads. Consequently Dr. Scofferman's suggestion of equipping Mr. Glow's locomotive with a special seat to accommodate his special needs is unrealistic. However, (assuming Dr. Schofferman concurs) the Union Pacific Railroad Company, through it's Claims Department would be willing to purchase either a McCarty's Sacro Ease Neck Ease or McCarty's Sacro Ease Deluxe seat support which Mr. Glow could use while on duty, commuting in his vehicle or even while relaxing at home in his favorite chair.

Should either you or your selected physician, Dr. Schofferman have any other suggestions for the accommodation, please forward them to me. The company is open to an ongoing dialogue with the goal of addressing whatever physical limitations Mr. Glow might have which affect his ability to perform the necessary tasks of his job.

Regards,

R.O. Sweet

**UP6008**

# EXHIBIT
# C

# GANONG & WYATT, LLP

Philip W. Ganong, APC                                              Ralph Wm. Wyatt

## TRIAL LAWYERS

November 8, 2007

VIA FACSIMILE & U.S. MAIL
916.789.6415

Richard O. Sweet - Director / Claims
Roseville Service Unit
Union Pacific Railroad Company
10031 Foothills Blvd.
Roseville, CA 95747

Re:    Glow v. Union Pacific Railroad Company

Dear Mr. Sweet:

Thank you for your letter under date of October 23, 2007.

Please forward for our review the product information on the McCarty's Sacro Ease Neck Ease or McCarty's Sacro Ease Deluxe seat support.

Thank you for your courtesy and cooperation with us in this matter.

Very truly yours,

PHILIP W. GANONG

PWG/pc

*Plaintiff's Civil Litigation with Emphasis in:*
Personal Injury • Wrongful Death • Employment Class Actions • FELA • Professional Negligence
• Trust Litigation • Oil & Gas • Business & Real Estate • Wrongful Termination •

1712 19th Street, Suite 101, Bakersfield, CA 93301 ♦ P.O. Box 192, Bakersfield, CA 93302-0192 ♦ 661/327-3337  Fax 661/327-3395

UP6007

# EXHIBIT
# D



**Richard O. Sweet - Director / Claims**
**Roseville Service Unit**
**Union Pacific Railroad Company**
**10031 Foothills Blvd.**
**Roseville, CA 95747**

email:   rosweet@UP.com
Tel.   (916) 789-6406
Fax.   (916) 789-6415
Cel:   (916) 765-3816

November 8, 2007

Phillip W. Ganong
Ganong & Wyatt, LLP
1712 19th Street, Suite 101
Bakersfield, CA 93301

Re. **GLOW, D.C. vs UPRR**

Dear Mr. Ganong:

   In response to your letter dated November 8, 2007, please visit www.sacroease.com.

   This company has been around since 1950 and their product was occasionally prescribed by Dr. Arthur White when he was with Spine Care.

Regards,

R.O. Sweet

**UP6006**