RANDOLPH CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
STEPHANIE L. QUINN. State Bar No. 216655
WENDY MOTOOKA, State Bar No. 233589
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax: 916.443-2124

Attorneys for Defendant/Counter-Defendant
UNION PACIFIC RAILROAD COMPANY

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY and DOES 1 through 20, Inclusive,<br><br>Defendants. | No. 2:08-cv-01250<br><br>**DECLARATION OF GARY L. HARLAN IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**<br><br>Date: August 17, 2009<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Lawrence K. Karlton |

I, Gary L. Harlan, declare as follows:

1. I am employed by the Union Pacific Railroad Company in the capacity of Systems Developer for Union Pacific's Mechanical Department Headquarters in Omaha, Nebraska. I have held this position since October 16, 2002 as an Independent Contractor in the Mechanical Department and then as a System Developer.

2. In my capacity as Systems Developer, my responsibilities include, among other things, maintaining, reviewing, and interpreting records pertaining to locomotive maintenance, inspection and repair of Union Pacific's locomotive fleet.

RANDOLPH CREGGER & CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

DECLARATION OF GARY L. HARLAN ISO MSJ/MSA
Case No. 2:08-cv-01250 LKK EFB            - 1 -

3.  Union Pacific Railroad Company operates in interstate commerce, using over 8000 locomotives of various models and styles.

4.  The majority of these locomotives are equipped with three substantially similar seats.

5.  Union Pacific does not assign locomotives to serve only a particular route or even a particular region. Rather, each Union Pacific locomotive may travel throughout the railroad's nationwide system, as well as on foreign roads.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on July 16, 2009, at Omaha, Nebraska.

*[signature]*
Gary L. Harlan

RANDOLPH CREGGER &
CHALFANT LLP
1030 G St.
Sacramento, CA 95814
(916) 443-4443

DECLARATION OF GARY L. HARLAN ISO MSJ/MSA
Case No. 2:08-cv-01250 LKK EFB

- 2 -