RANDOLPH, CREGGER & CHALFANT LLP
THOMAS A. CREGGER, State Bar No. 124402
STEPHANIE L. QUINN, State Bar No. 216655
WENDY MOTOOKA, State Bar No. 233589
1030 G Street
Sacramento, California 95814
Telephone: (916) 443-4443
Facsimile:  (916) 443-2124

Attorneys for Defendant/Counter-Defendant
UNION PACIFIC RAILROAD COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>  Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY and DOES 1 through 20, Inclusive,<br><br>  Defendants. | No. 2:08-cv-01250 LKK EFB<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**<br><br>Date: August 17, 2009<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Lawrence K. Karlton |

NOTICE IS HEREBY GIVEN that on August 17, 2009, at 10 a.m., or as soon thereafter as counsel may be heard by the above-entitled Court, located at 501 I Street, Sacramento, California, 95814, defendant UNION PACIFIC RAILROAD COMPANY will and hereby does move the Court for summary judgment or summary adjudication on the grounds that there is no genuine issue as to any material fact and that the moving party is entitled to judgment as a matter of law for the reason that plaintiff can establish no violation of the Federal Employers Liability Act, 45 U.S.C. § 51 et seq., the Locomotive Inspection Act, 49 U.S.C. § 20701 et seq.,

1  or the California Fair Employment and Housing Act, Cal. Gov't Code § 12900 et seq.

2       This motion is based upon this Notice of Motion and Motion, the accompanying
3  Memorandum of Points and Authorities in support thereof, the Separate Statement of
4  Undisputed Material Facts, the declarations of Richard O. Sweet, Gary L. Harlan, Ray
5  Breedlove, Jr., and Thomas A. Cregger, all pleadings and papers on file in this action, and upon
6  such other and matters as may be presented to the Court at the time of the hearing.

8  Dated: July 17, 2008         RANDOLPH CREGGER & CHALFANT LLP

10          /s/ Thomas A. Cregger
11          THOMAS A. CREGGER
12          Attorneys for Defendant UNION PACIFIC RAILROAD COMPANY

18 N:\Open\10\2036 Glow#2\USED- Consolidated Cases\MSJ\Notice of Motion MSJ.wpd

**Randolph Cregger & Chalfant**