RANDOLPH CREGGER & CHALFANT, LLP
THOMAS A. CREGGER, State Bar No. 124402
STEPHANIE L. QUINN, State Bar No. 216655
WENDY MOTOOKA, State Bar No. 233589
1030 G Street
Sacramento, CA 95814
Phone: 916.443-4443
Fax: 916.443-2124

Attorneys for Defendant
UNION PACIFIC RAILROAD COMPANY

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY and Does 1 through 20, Inclusive,<br><br>Defendants. | Civil Action No. 2:08-CV-01250 LKK EFB<br><br>**SEPARATE STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**<br><br>Date: August 17, 2009<br>Time: 10:00 a.m.<br>Courtroom: 4<br>Judge: Hon. Lawrence K. Karlton |

Defendant UNION PACIFIC RAILROAD COMPANY submits the following statement of undisputed material facts in support of defendant's motion for summary judgment and/or summary adjudication.

| UMF No. | Undisputed Material Fact | Supporting Evidence |
|---|---|---|
| 1 | On June 8, 2007, following a medical leave, plaintiff was cleared to return to work without restrictions. | Glow Depo. at 11:25 to 12:5, attached as Exh. A to Cregger Decl.; Schofferman Depo. at 38:12-16, and Exh. 3 attached thereto, attached as Exh. C to Cregger Decl. |

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA 95814
(916) 443-4443

DEF.'S SEPARATE STATEMENT ISO MSJ/MSA
Case No. 2:08-CV-01250 LKK EFB          - 1 -

| UMF No. | Undisputed Material Fact | Supporting Evidence |
|---|---|---|
| 2 | Subsequently, plaintiff sent Union Pacific's General Superintendent, Ray Perry, a cryptic note dated July 25, 2007, which appeared to be handwritten on a prescription pad, stating:<br><br>　Reasonable accommodation<br>　Ergonomic locomotive operator chair<br>　　Head/neck rest/restraint<br>　Good arm rests<br>　Air or hydraulic ride | Glow Depo. at 123: 15-19, 126: 20 to 127: 8, and Exhibit 4 attached thereto. |
| 3 | Plaintiff's job as a locomotive engineer required him to operate whichever locomotive was traveling the road when plaintiff was called to duty. | Glow Depo. at 132: 11-18.; Harlan Decl. at ¶ 5. |
| 4 | Union Pacific has over 8000 locomotives, any one of which plaintiff might be called on to operate. | Harlan Decl. at ¶¶ 3, 5; Glow Depo. at 132: 11-18. |
| 5 | Union Pacific responded to plaintiff's note via a letter from Claim Director Richard Sweet, who informed plaintiff that his apparent request for a special type of locomotive seat was not feasible, because it would require Union Pacific to modify over 8000 locomotives. | Sweet Decl. at ¶ 5 and Exh. B attached thereto. |
| 6 | Instead, Union Pacific offered to purchase a McCarty's Sacro Ease Neck Ease or a McCarty's Sacro Ease Deluxe seat support for plaintiff, to be used by him on any locomotive to which he is assigned. | Sweet Decl. at ¶ 5 and Exh. B attached thereto. |
| 7 | Plaintiff wrote in response, asking for additional information on the McCarty products. | Sweet Decl. at ¶ 6 and Exh. C attached thereto. |
| 8 | Union Pacific wrote back, referring plaintiff to McCarty's website for additional product information. | Sweet Decl. at ¶ 7 and Exh. D attached thereto. |
| 9 | Plaintiff made no further communications to Union Pacific regarding his request for modified seating. | Sweet Decl. at ¶ 8. |
| 10 | On September 14, 2007, plaintiff was assigned as a locomotive engineer to a train traveling in interstate commerce from Portola, California, to Elko, Nevada. | Glow Depo. at 17: 15-25; 12: 6-10. |
| 11 | After plaintiff took control of the train, he noticed that the needle of the speedometer would start to bounce when the train reached approximately 50 m.p.h. | Glow Depo. at 24: 10 to 25: 8. |

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA 95814
(916) 443-4443

DEF.'S SEPARATE STATEMENT ISO MSJ/MSA
Case No. 2:08-CV-01250 LKK EFB
- 2 -

| UMF No. | Undisputed Material Fact | Supporting Evidence |
|---|---|---|
| 12 | Plaintiff knew how to calculate the train's speed using his watch and the mile markers. | Glow Depo. at 37: 14 -17. |
| 13 | Union Pacific had trained plaintiff to be able to calculate train speed using a watch the mile markers. | Glow Depo. at 37: 18 to 38: 23; Breedlove Decl. at ¶ 3 |
| 14 | Plaintiff had a watch. | Glow Depo. at 40: 11-12. |
| 15 | Union Pacific's Roseville Area Timetable #4, a copy of which would have been available in the locomotive cab, includes a Table of Train Speeds to assist engineers in calculating train speeds using a watch and the mile markers. | Breedlove Decl. at ¶ 4 and Exh. C attached thereto. |
| 16 | There was a working speed indicator in the locomotive's rear panel. | Glow Depo. at 30: 24 to 31: 1, 28: 1-13, 27: 18. |
| 17 | Plaintiff could see the rear panel speed indicator from his engineer's seat. | Glow Depo. at 32: 19-21. |
| 18 | So rather than monitor the train's speed using his watch and the mile markers, plaintiff chose to monitor the train's speed by looking at the speed indicator on the rear panel. | Glow Depo. at 27: 16-18, 28: 1-6, 39: 18 to 40: 10. |
| 19 | Plaintiff testified that he looked back at the rear panel speedometer approximately every 30 seconds through the ten-hour trip. | Glow Depo. at 35: 19 to 36: 2. |
| 20 | At the time of this trip, plaintiff was working as a locomotive engineer without restrictions. | Glow Depo. at 121: 9-22; Schofferman Depo. at 38: 12-16, and Exh. 3 attached thereto, attached as Exh. C to Cregger Decl. |

DATE: July 17, 2009                                RANDOLPH CREGGER & CHALFANT LLP


　　　　　　　　　　　　　　　　　　　　　　　　/s/ Thomas A. Cregger
　　　　　　　　　　　　　　　　　　　　　　　　THOMAS A/ CREGGER
　　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant UNION PACIFIC RAILROAD COMPANY

RANDOLPH, CREGGER & CHALFANT, LLP.
1030 G St.
Sacramento, CA 95814
(916) 443-4443

DEF.'S SEPARATE STATEMENT ISO MSJ/MSA
Case No. 2:08-CV-01250 LKK EFB
- 3 -