**GANONG LAW OFFICE**
930 Truxtun Avenue, Suite 203
P. O. Box 192 (93302)
Bakersfield, California 93301
Telephone 661.327.3337
Facsimile 661.327.3395

Philip W. Ganong, SBN 88414

Attorneys for Plaintiff DAVID CHAD GLOW

### UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>    Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY and DOES 1 through 20, inclusive,<br><br>    Defendants.<br><br>AND CONSOLIDATED RELATED ACTION. | Case No. 2:08-CV-01250-LKK-EFB<br><br>DECLARATION OF PETER R. FRANCIS, PH.D. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT UPRC'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION<br><br>Date:        August 17, 2009<br>Time:       10:00 a.m.<br>Courtroom:  4<br>Judge:      Hon. Lawrence K. Karlton |

I, PETER R. FRANCIS, PH.D., declare as follows:

1.    I am an expert in biomechanics. I have been designated as an expert in Mr. Glow's case.

2.    I recently inspected the power unit that Plaintiff was operating during the trip from Portola, California to Elko, Nevada.

3.    I have additionally reviewed medical records and reports from Northeastern Nevada Regional Hospital (where Plaintiff was taken after his re-injury to his neck) and from SpineCare Medical Group, Drs. Schofferman and Reynolds.

4.    I have further reviewed the deposition transcripts of Dale Fox, Conductor on the locomotive at the time of the re-injury to Plaintiff's neck. I have also reviewed the most recent deposition of Plaintiff David Chad Glow taken on June 17, 2009.

-1-

DECLARATION OF PETER R. FRANCIS, PH.D. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT UPRC'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION

07/31/2009 FRI 18:33   [JOB NO. 8096]   ☑001

1    5.   Based upon my inspection of the locomotive, my review of the records and
2  depositions, it is my conclusion that the repeated abnormal posture of Plaintiff's rotated head and
3  neck, coupled with the looseness of the seat on the locomotive he was operating at the time of his re-
4  injury, would, within a reasonable degree of biomechanical certainty, have placed dynamic stresses
5  on Plaintiff's cervical discs below and above the fused vertebrae, placing it at risk of developing a
6  further cervical disc injury.
7       I declare under penalty of perjury under the laws of the State of California that the foregoing
8  is true and correct and this declaration was executed this 31st day of July, 2009, at Fontana,
9  California.

*[signature]*
Peter R. Francis, Ph.D., declarant

-2-

DECLARATION OF PETER R. FRANCIS, PH.D. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT UPRC'S MOTION FOR
SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION

07/31/2009 FRI 18:33   [JOB NO. 8096]   ☒002