**GANONG LAW OFFICE**
930 Truxtun Avenue, Suite 203
P. O. Box 192 (93302)
Bakersfield, California 93301
Telephone 661.327.3337
Facsimile 661.327.3395

Philip W. Ganong, SBN 88414

Attorneys for Plaintiff DAVID CHAD GLOW

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND CONSOLIDATED RELATED ACTION. | Case No. 2:08-CV-01250-LKK-EFB<br><br>DECLARATION OF DAVID CHAD GLOW IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT UPRC'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION<br><br>Date:         August 17, 2009<br>Time:        10:00 a.m.<br>Courtroom: 4<br>Judge:       Hon. Lawrence K. Karlton |

I, DAVID CHAD GLOW, declare as follows:

1. I am the Plaintiff in the above captioned matter.

2. Attached as Exhibit 1 is a true and correct copy of a "reasonable accommodation" prescription written by my treating physician, Dr. Jerome A. Schofferman on July 25, 2007.

3. On Monday, July 30, 2007, I sent a copy of this "reasonable accommodation" prescription to the Union Pacific Railroad to the attention of Mr. Ray Perry. Attached as Exhibit 2 is a copy of a UPS Shipment Receipt and Tracking Detail evidencing this ship and receipt of the "reasonable accommodation" prescription by the Union Pacific, delivered on July 31, 2007 at 9:04 a.m. and signed for by "Jones" at the front desk of the UP's Roseville, California office.

4. I have reviewed the Declaration of Ray Breedlove, Jr. filed in support of the UP's

-1-

DECLARATION OF DAVID CHAD GLOW IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT UPRC'S MOTION FOR
SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION

Motion for Summary Judgment and/or Summary Adjudication. In paragraph 3 of his declaration, Mr. Breedlove states "....engineers are trained to be able to calculate the speed of a locomotive using a watch and the mile markers." In actuality, the UP does not maintain the mile markers. The old mile markers mounted on telephone poles were bigger, but the newer style ones are small and they might be there or not. I do not see how it is possible to use the method suggested by Mr. Breedlove's declaration for slow orders when you are counting throttle changes 3-5 second per notch and 30 second from transition from power to dynamic brake. In the past, Mr. Breedlove has written me up for failing to given enough time between throttle modulation.

5. I do not believe the method suggested by Mr. Breedlove's declaration in controlling the speed of the train is remotely effective.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and this declaration was executed this 31st day of July, 2009, at Oakdale, California.

/s/ David Chad Glow
David Chad Glow, declarant

-2-

# EXHIBIT 1



# EXHIBIT 2



## Tracking Detail

**Your package has been delivered.**

| | |
|---|---|
| Tracking Number: | 1Z 99V 007 42 1979 657 1 |
| Type: | Package |
| Status: | **Delivered** |
| Delivered On: | 07/31/2007 9:04 A.M. |
| Signed By: | JONES |
| Location: | FRONT DESK |
| Delivered To: | ROSEVILLE, CA, US |
| Shipped/Billed On: | 07/30/2007 |
| Service: | GROUND |
| Weight: | .10 Lb |

**Package Progress**

| Location | Date | Local Time | Description |
|---|---|---|---|
| ROCKLIN, CA, US | 07/31/2007 | 9:04 A.M. | DELIVERY |
| | 07/31/2007 | 6:14 A.M. | OUT FOR DELIVERY |
| | 07/31/2007 | 4:45 A.M. | DESTINATION SCAN |
| | 07/31/2007 | 3:37 A.M. | ARRIVAL SCAN |
| SPARKS, NV, US | 07/30/2007 | 11:10 P.M. | DEPARTURE SCAN |
| | 07/30/2007 | 7:55 P.M. | ORIGIN SCAN |
| US | 07/30/2007 | 8:35 P.M. | BILLING INFORMATION RECEIVED |

Tracking results provided by UPS: 08/04/2007 5:19 P.M. ET

**NOTICE:** UPS authorizes you to use UPS tracking systems solely to track shipments tendered by or for you to UPS for delivery and for no other purpose. Any other use of UPS tracking systems and information is strictly prohibited.

☒ Close Window

Copyright © 1994-2007 United Parcel Service of America, Inc. All rights reserved.

Shipment Receipt Page #1 of 1

THIS IS NOT A SHIPPING LABEL. PLEASE SAVE FOR YOUR RECORDS.

**SHIP DATE:**
Mon, Jul 30, 2007

**EXPECTED DELIVERY DATE:**
TUES. JUL 31, 2007 EOD

**SHIP FROM:**
DAVID C. GLOW
10535 MEEKS BAY CT.
Reno  NV 89521
(775) 852-1614

**SHIP TO:**
UNION PACIFIC RAILROAD CO
ATTEN MR RAY PERRY
10031 FOOTHILLS BLVD
ROSEVILLE CA 95747-5146
Business

**SHIPPED THROUGH:**
The UPS Store #5314
RENO, NV 89521-4877
(775) 852-5575

**SHIPMENT INFORMATION:**
UPS Ground Commercial
0.1Lbs / 1Lbs Billed
Cust Pack: 1x1x1 in
Sig Req (w/Delv Confirm)

Tracking Number: 1Z99V0074219796571
Shipment ID: MMPJ8XUW68NBU
Or/ItemN: 7/28/07 Rw
RefN: - -

**DESCRIPTION OF GOODS:**
documents

**SHIPMENT CHARGES:**
Ground Commercial        $5.84
Service Options          $4.30
Fuel Surcharge           $0.26

Total                   $10.40

**COMPLETE ONLINE TRACKING:**
Enter either of these addresses in your web browser to track:
http://theupsstore.com (select Tracking, enter Shipment ID #)
http://mbe.com (select Tracking, enter Shipment ID #)

**SHIPMENT QUESTIONS?**
Contact shipped through above

**Customer Acknowledgement**
I acknowledge & accept terms & conditions in force for tendering shipments through this location and certify that address, contents and values provided for this shipment are accurate in all respects.

Signature:

ShipmentID: MMPJ8XUW68NBU