**GANONG LAW OFFICE**
930 Truxtun Avenue, Suite 203
P. O. Box 192 (93302)
Bakersfield, California 93301
Telephone 661.327.3337
Facsimile 661.327.3395

Philip W. Ganong, SBN 88414

Attorneys for Plaintiff DAVID CHAD GLOW

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID CHAD GLOW,<br><br>Plaintiff,<br><br>vs.<br><br>UNION PACIFIC RAILROAD COMPANY and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND CONSOLIDATED RELATED ACTION. | Case No. 2:08-CV-01250-LKK-EFB<br><br>DECLARATION OF JEROME A. SCHOFFERMAN, M.D. IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT UPRC'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION<br><br>Date:        August 17, 2009<br>Time:       10:00 a.m.<br>Courtroom: 4<br>Judge:      Hon. Lawrence K. Karlton |

I, JEROME A. SCHOFFERMAN, M.D., declare as follows:

1.  I am a Doctor of Medicine licensed under State of California Medical License #GO21414, July 1971, a Diplomate of the American Board of Internal Medicine, June 1973 and a Diplomate of the American Board of Pain Medicine, February 1993.

2.  I have been treating plaintiff David Chad Glow since January 27, 2006 and have been designated as a treating medical expert in Mr. Glow's case.

3.  Attached as Exhibit 1 to this declaration is a true and correct copy of my "Established Patient Evaluation" regarding my follow up examination of Mr. Glow on June 7, 2007, wherein he was "released to work full duty as a locomotive engineer as of 06/08/07." A copy of this evaluation was provided to Ray Perry of the Union Pacific Railroad at Fax # (402) 501-0067.

-1-

1      4.    Attached as Exhibit 2 to this declaration is a true and correct copy of my "Established

2  Patient Evaluation" regarding my follow up examination of Mr. Glow on July 25, 2007. A copy of

3  this evaluation was provided to Ray Perry of the Union Pacific Railroad at Fax # (402) 501-0067.

4      5.    Attached as Exhibit 3 to this declaration is a true and correct copy of a "reasonable

5  accommodation" prescription I wrote for Mr. Glow on July 25, 2007.

6      6.    Attached as Exhibit 4 to this declaration is a true and correct copy of my "Established

7  Patient Evaluation" regarding my follow up examination of Mr. Glow on September 11, 2007. A

8  copy of this evaluation was provided to Ray Perry of the Union Pacific Railroad at Fax # (402) 501-

9  0067.

10      I declare under penalty of perjury under the laws of the State of California that the foregoing

11  is true and correct and this declaration was executed this 29th day of July, 2009, at Daly City,

12  California.

13                                                Jerome A. Schofferman, M.D., declarant

-2-

DECLARATION OF JEROME A. SCHOFFERMAN, M.D. AND/OR SUMMARY ADJUDICATION IN SUPPORT OF PLAINTIFF'S
OPPOSITION TO DEFENDANT UPRC'S MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION

# EXHIBIT 1

SpineCare Medical Group, Inc.
1850 Sullivan Avenue, Suite 200
Daly City, California 94015
(650) 985-7500

Patient Name: DAVID GLOW
Patient #: 184165
Date of Service: June 7, 2007

## ESTABLISHED PATIENT EVALUATION

The patient returns for a follow up doing well. He underwent C4-5 ACDF on 12/06/06, therefore he is now six months after surgery.

SUBJECTIVE COMPLAINTS:

Chief Complaint: Neck pain. He rates it as 2/10. There is no arm pain.

Current Condition: His level of function is good. He can perform all activities of daily living. However, he has not yet returned to work, modified or full duty. I did release him to return to work on 04/13/07 but, to date, this has not occurred.

CURRENT MEDICATIONS: Norco 10/325 mg 2-4 q.d. He takes this toward the middle and end of the day.

OBJECTIVE FINDINGS:

Physical Examination: He stands with normal posture. There is 25-30% loss of flexion and 50% loss of extension. Left and right axial rotations are normal. Upper extremity motor exam and sensory exam are normal.

Review of Imaging Studies: CT scan, cervical spine, 05/22/07: The fusion appears solid. Adjacent segments look fine. There may be some mild changes at C7-T1.

DIAGNOSIS/IMPRESSION: Excellent response to anterior cervical discectomy and fusion at six months.

DISCUSSION/PLAN:

1. The patient is released to work full duty as a locomotive engineer as of 06/08/07. There are no restrictions.

2. Medications renewed. He will not use them while actually working, but will take medications p.r.n. after he has completed his shifts. However, there is no evidence of any impairment or adverse effects with respect to alertness, coordination, reaction responses, or personal or general safety. The use of hydrocodone by Mr. Glow at he current doses is consistent with safe performance to the best of my ability to make this judgment.

Page 1 of 2

07/17/2007 TUE 10:35   [JOB NO. 9917]   ☒023

SpineCare Medical Group, Inc.
1850 Sullivan Avenue, Suite 200
Daly City, California 94015
(650) 985-7500

Patient Name:   DAVID GLOW
Patient #:      184165
Date of Service: June 7, 2007

3. Recheck two months after return to work.

Jerome A. Schofferman, M.D.

JAS:ets/nlo

cc:   Ray Perry
      Union Pacific Railroad
      FAX: (402) 501-0067

Page 2 of 2

# EXHIBIT 2

SpineCare Medical Group, Inc.
1850 Sullivan Avenue, Suite 200
Daly City, California 94015
(650) 985-7500

Patient Name:    DAVID GLOW
Patient #:       184165
Date of Service: July 25, 2007

## ESTABLISHED PATIENT EVALUATION

The patient returns for follow up today, doing worse. We reviewed his neck pain, arm pain, return to work status, and then spent extensive time planning ergonomic changes and treatment issues. This visit required complex decision-making.

SUBJECTIVE COMPLAINTS:

Chief Complaint: Neck pain, right arm pain.

Current Condition: The neck pain is bilateral. It is about C5 and C6. It is aching. He rates it as 5/10. There is right hand pain. This is more paraesthesia. It involves most of the hand, front and back. There is no motor weakness.

CURRENT MEDICATIONS: Norco, now 4-5 q.d.; Lorazepam; Effexor, among others.

RECENT HISTORY: The patient returned to work approximately 06/19/07. He had 3 weeks of retraining. Some weeks were as many as 70 hours. He then returned to work in the pool. He has been doing runs of 12-hours, layover, 12-hours back, followed by 1½ days off. He began to feel increased pain approximately 07/15/07.

The patient has described the seating to me. He says it varies from engine to engine. Some seats have loose pins. None have headrests or restraints. The arm rests are generally inadequate. He also described the console and the ergonomic requirements of operating it. He also described the vibration, plus the side-to-side rocking motion, particularly when the seats are bad and have loose pins.

OBJECTIVE FINDINGS: He sits with normal posture. Cervical range of motion is good. Upper extremity motor examination is normal.

DIAGNOSIS/IMPRESSION:

1. C4-5 anterior cervical discectomy and fusion, 12/06/06.
2. Probable facet joint pain, C5-6 and/or C6-7.

DISCUSSION/PLAN:

1. Ergonomic seating. He requires reasonable accommodation for ergonomic seating for locomotive engineer. This would include an adequate and high enough head restraint/headrest, an air-ride or hydraulic-ride damping system, and adequate arm supports with good cushioning and proper height

Page 1 of 2

SpineCare Medical Group, Inc.
1850 Sullivan Avenue, Suite 200
Daly City, California 94015
(650) 985-7500

Patient Name:   DAVID GLOW
Patient #:      184165
Date of Service: July 25, 2007

adjustment. Such a seat would minimize the multiple physical stresses on his neck and upper body and maximize the chances of work retention. I feel I will let him continue working without such a seat for up to 60 days, to allow the railroad to provide such seating. If not available, the patient will not be able to work as a locomotive engineer, trainman or other on-train work; however, he would be able to work in an ergonomically adequate job.

2. Perform medial branch blocks and intraarticular facet joint injections to denervate C5-6 and C6-7, bilaterally.

3. Trial of Skelaxin 800 mg, up to 4 q.d. and continue other medications without change.


Jerome A. Schofferman, M.D.

JAS:ets/nlo

cc:   Ray Perry
      Union Pacific Railroad
      FAX: (402) 501-0067

# EXHIBIT 3

**SpineCare Medical Group**

1850 Sullivan Ave.
200
Daly, CA 94015

(650) 985-7540
(650) 985-7510

☒ Jerome A. Schofferman, MD
☐ Paul J. Slosar, MD
☐ Raymond Hsieh, MD
☐ Edward C. Sun, MD
☐ Noel D. Goldthwaite, MD
☐ James B. Reynolds, MD
☐ Garrett D. Kine, MD

Name: Guiry, David
Address: 
Date: 7/05/07  20

℞ Reasonable accomodation -
Ergonomic keyboard / reader chair
Heat/ice rest / restraint
Good Arm rests
Air on hydraulic cell

Label as such
Refill

SC-0002 (Rev. 02/05)

# EXHIBIT 4

SpineCare Medical Group, Inc.
1850 Sullivan Avenue, Suite 200
Daly City, California 94015
(650) 985-7500

Patient Name: DAVID GLOW
Patient #: 184165
Date of Service: September 11, 2007

## ESTABLISHED PATIENT EVALUATION

The patient returns for follow up doing better. There are two reasons, decreased work load and recent spinal injection.

SUBJECTIVE COMPLAINTS: Neck pain. He currently rates this as 4/10.

INTERVAL TREATMENT: 08/03/07, medial branch block plus intraarticular steroids for C5-6 and C6-7. During the local anesthetic phase he had at least 50% relief and then had about 2-3 weeks of even better relief. Benefits have now dissipated mostly.

CHANGE IN WORK SCHEDULE: It has been slow recently at his work at Union Pacific and he is working about six trips in 15 days compared to usually up to twice that. There has been no change in his ergonomic seating.

For clarification, when the patient was returning to work and he was on "training board" he sat on seats that were locomotives of the B&SF railroad and a Canadian railroad. Both had head support and air ride. They felt much more comfortable with less vibrations, shocks, and jolts according to his perception.

CURRENT MEDICATIONS: The patient is taking Norco up to 4 q.d., Skelaxin, Lorazepam and Effexor.

OBJECTIVE FINDINGS: Not examined.

DIAGNOSIS/IMPRESSION: Neck pain, status post ACDF with component of facet joint pain.

DISCUSSION/PLAN:
1. Repeat medial branch block, no steroids. If good response with at least 50% reduction in pain, schedule for radiofrequency neurotomy.
2. Change in work/ergonomic recommendations: In the absence of ergonomic seating, I now limit Mr. Glow to six round trips in 15 day work periods, plus no switch engines, plus he can do multiple "dog catches" runs.

Jerome A. Schofferman, M.D.
JAS:ets/nlo

cc:   Ray Perry, FAX: (402) 501-0067